IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON ATKINS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Docket No. 5:23-cv-02732 |
| : | |
| CITY OF READING, EDDIE MORAN, : | |
| RICHARD TORNIELLI, BRADLEY T. : | |
| MCCLURE, and COURTNEY DUPREE, : | |
| : | |
| : | |
| Defendants. : | |

## SUGGESTION ON RECORD OF THE DEATH OF DEFENDANT OFFICER COURTNEY DUPREE

AND NOW comes the Defendants City of Reading, Mayor Eddie Moran, former Chief Richard Tornielli, and Sgt. Bradley T. McClure, and suggest upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Officer Courtney Dupree, one of the defendants in this action, on December 31, 2023.

**MacMain Leinhauser PC**

Dated: February 7, 2023     By:     */s/ David J. MacMain*
David J. MacMain
PA Attorney I.D. No. 59320
Brian C. Conley
PA Attorney I.D. No. 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendants City of Reading, Mayor Eddie Moran, former Chief Richard Tornielli, Sgt. Bradley T. McClure, and Officer Courtney Dupree*

**CERTIFICATE OF SERVICE**

I, David J. MacMain, Esquire, hereby certify that on this 7th day of February, 2024, a copy of the foregoing *Suggestion of Record of the Death of Defendant Courtney Dupree* was served upon the following via ECF:

Joel Ready, Esq.
Cornerstone Law Firm
Suite 3
8500 Allentown Pike
Blandon, Pa 19510
*Attorney for Plaintiff*

Benjamin Lewis, Esq.
Gross McGinley LLP
33 South Seventh Street
PO Box 4060
Allentown, PA 18105
*Co-Counsel for Plaintiff*

**MacMain Leinhauser PC**

By:   */s/ David J. MacMain*
David J. MacMain
PA Attorney I.D. No. 59320
Brian C. Conley
PA Attorney I.D. No. 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendants City of Reading, Eddie Moran, Richard Tornielli, Bradley T. McClure, and Courtney Dupree*