**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAMON ATKINS,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF READING, et al.,<br>　　　　　Defendants. | C.A. No. 5:23-CV-02732-JMG |
| ADEN RUSFELDT,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF READING, et al.,<br>　　　　　Defendants. | C.A. No. 5:23-CV-01523-JMG |

## **ORDER**

AND NOW, this _____ day of the month of _____, 2024, based on the Motion for Relief from Protective Order by Damon Atkins, Aden Rusfeldt, and Cornerstone Law Firm, LLC, and any response thereto, it is ORDERED and DECREED that such Motion is GRANTED. The Stipulation of Confidentiality (ECF No. 16) shall be modified as follows: Nothing within such Stipulation may be construed as applying to the parties, to their counsel, or to Cornerstone Law Firm, LLC and its officers and employees, regarding policies and procedures of the Reading Police Department and City of Reading.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　Hon. John M. Gallagher, *J.*

1