# Exhibit A

# Exhibit A

| TABLE A: SUMMARY OF AFFIRMATIVE DEFENSES RAISED IN ECF NO. 10 | | |
|---|---|---|
| **No.** | **Defense** | **Comment** |
| 1 | Failure to state a claim for relief | Not an affirmative defense |
| 2 | "No act or failure to act on the part of the Defendants violated any of Plaintiff's constitutional rights." | Not an affirmative defense |
| 3 | Plaintiff was afforded rights, privileges, and immunities | Not an affirmative defense |
| 4 | Plaintiff suffered no injury or damages by any acts or omission of the Defendants | Not an affirmative defense |
| 5 | Defendants acted in good faith | Not an affirmative defense and subsumed within qualified immunity doctrine. |
| 6 | Defendants did not act with willful, wanton, outrageous, reckless or malicious manner | Not an affirmative defense |
| 7 | Plaintiff's claims for punitive damages are limited or barred as a matter of law | Not an affirmative defense |
| 8 | Proximate causation | Not an affirmative defense |
| 9 | Assumption of risk by refusing to comply with Morar's commend to relocate | Assumption of risk does not apply here; not an affirmative defense |
| 10 | Defendants were not deliberately indifferent to constitutional rights | Not an affirmative defense |
| 11 | Defendants are immune | Addressed in Part V, supra. |
| 12 | Defendants did not act in bad faith or wantonly, recklessly, or maliciously | Not an affirmative defense |
| 13 | Good faith belief that probable cause existed | Addressed in Part II, supra. |
| 14 | Political Subdivision Tort Claims Act | Addressed in Part V, supra. |
| 15 | Residuary "every defense available" under the Civil Rights Act | Not an affirmative defense. |
| 16 | Plaintiff was treated in a proper and lawful manner | Not an affirmative defense |
| 17 | Qualified immunity | Addressed in Part V, supra. |
| 18 | Qualified immunity | Addressed in Part V, supra. |
| 19 | Proximate causation | Not an affirmative defense |
| 20 | Plaintiff failed to carry burden of proof | Not an affirmative defense |
| 21 | Plaintiff not deprived of liberty | Not an affirmative defense |

2

| | | |
|---|---|---|
| 22 | Plaintiff was not deprived of liberty for the malicious prosecution claim. | Not an affirmative defense |
| 23 | Probable cause existed to arrest | Not an affirmative defense |
| 24 | No custom or policy of the City of Reading | Not an affirmative defense |
| 25 | City of Reading's policies and procedures are reasonable | Not an affirmative defense |
| 26 | City of Reading gave sufficient training | Not an affirmative defense |
| 27 | City of Reading gave sufficient training | Not an affirmative defense |