

8500 Allentown Pike, Suite 3
Blandon, PA 19510

September 6, 2024

**Clerk of Court George V. Wylesol**
U.S. District Court for the
Eastern District of Pennsylvania
601 Market Street.
Philadelphia, PA 19106

      Re:    Notice to the Clerk of Court
              Atkins v. City of Reading, et al., No. 5:23-CV-02732-JMG

Dear Clerk of Court,

      Under Rule 11(b)(2) of the Federal Rules of Appellate Procedure, an appeal and a cross-appeal having been taken in this case, Plaintiff directs for the inclusion in the certified record to the U.S. Court of Appeals for the Third Circuit, at <u>both</u> Case Nos. 24-2466 <u>and</u> 24-2611, the following video evidence that was submitted to Chambers on May 17, 2024, at ECF No. 25-4, App. 1, 97-99:

MP4 Video File, Bates No. <u>Atkins</u> 000055 (approx. 43.0 MB)

MP4 Video File, Bates No. <u>Reading</u> 0055 (approx. 64.4 MB)

MP4 Video File, Bates No. Reading 0056 (approx. 127 MB)

AVI Video File, Bates No. Reading 0059 (approx. 1.47 GB)

                                                                                          Sincerely,

                                                                      By: _____
                                                                         Joel A. Ready, Esq.

Cc : All defense counsel via ECF.