## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON ATKINS,<br>                    Plaintiff,<br><br>v.<br><br>CITY OF READING, EDDIE MORAN, RICHARD TORNIELLI, BRADLEY T. MCCLURE, and COURTNEY DUPREE,<br>                    Defendants. | C.A. No. 5:23-CV-02732-JMG |

### STIPULATION OF DISMISSAL UNDER
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is dismissed with prejudice against the Defendants, City of Reading, Eddie Moran, Richard Tornielli, Bradley T. McClure, and Courtney Dupree, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own costs, expenses, and attorney's fees.


*/s/ Joel A. Ready, Esq.*
Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
*Counsel for Plaintiff*

Dated: 4/15/2025

*/s/ Brian C. Conley, Esq.*
David J. MacMain, Esq.
Maeve E. Bain, Esq.
Brian Conley, Esq.
MacMain Leinhauser PC
433 W. Market Street, Suite 200
West Chester, PA 19382
*Counsel for Defendants*

Dated: 4/11/2025