# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2611

Damon Atkins v. Eddie Moran, et al

(U.S. District Court No.: 5:23-cv-02732)

### ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 16, 2025
SB/cc: Maeve E. Bain, Esq.
Brian C. Conley, Esq.
David J. MacMain, Esq.
Joel A. Ready, Esq.
Mr. George V. Wylesol,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate